UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY SOWELL,<br><br>        Plaintiff,<br><br>  -against-<br><br>CAPTAIN KELLY, ET AL.,<br><br>        Defendants. | 23-CV-5354 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 26, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 26, 2024
     New York, New York

                /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge